# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

MAGISTRATE JUDGE: CHARLES BLEIL, PRESIDING
DEPUTY CLERK: DEBORAH DUPREE
LAW CLERK: _____
INTERPRETER _____
A.M. _____ P.M. 2:18-2:22

COURT REPORTER/TAPE NO. 5145
USPO: Carol Foreman
COURT TIME: 4 minutes
DATE: July 14, 2007

☒ MAG. No.  ☐ DIST. CR. NO. **4:07-176-MJ Deft 01**

| UNITED STATES OF AMERICA | § | ALAN BUIE | AUSA |
|---|---|---|---|
| v. | § | | |
| **VINCE LUIS HOCOG CRUZ** | § | J. Warren St. John (R)  | |
| Defendant(s) Name(s) and Number (s) | | Counsel for Defendants Appt - (A), Retd - (R), FPD- (F) | |

☒ INITIAL APPEARANCE
☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____ ☐ Other District ☐ Division
☐ CORRECTION OF NAME ORDERED _____

☒ ...... Date of Federal arrest/custody: 8/10/07 ☐ Surrender _____ or ☒ RULE 32 (RULE 5) ☐ Appeared on Writ
☒ ...... Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Release violator
☒ ...... Deft first appearance with counsel.
☒ ...... ☒ Deft ☐ MW (Material Witness)☐ _____ appeared ☒ with ☐ without counsel.
☐ ...... Requests appointed counsel.
☒ ...... FINANCIAL AFFIDAVIT executed.
☐ ...... Order appointing Federal Public Defender.
☐ ...... Private Counsel appointed, _____
☐ ...... Deft advises he will retain counsel. He retained _____
☐ ...... Arraignment set _____ at _____ a..m.  2007
☒ ...... Detention Hearing set 8/10/07 at 10:45 a.m.
☐ ...... Preliminary Hearing set _____ at _____ a.m.
☐ ...... Bond Hearing set _____
☐ ...... Counsel Determination Hearing set _____
☐ ...... Identity/Removal Hearing set _____
☐ ...... Bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ ...... No bond set at this time, _____ day DETENTION ORDER to be entered.
☒ ...... ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
☐ ...... ORDER OF DETENTION PENDING TRIAL entered.
☐ ...... Deft advised of conditions of release.
☐ ...... BOND EXECUTED, ☐ Deft ☐ MW released ☐ State Authorities, ☐ INS
☒ ...... ☒ Deft ☐ MW (Material Witness) REMANDED to CUSTODY.
☐ ...... Deft ORDERED REMOVED to Originating District.
☐ ...... WAIVER of ☐ Preliminary Hearing ☐ Waiver of Rule 5 / 32 Hearing ☐ ..... Waiver of detention hearing
☐ ...... Court finds PROBABLE CAUSE ☐ ID ☐ PC.
☐ ...... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
☒ ...... REMARKS: Received copy of Indictment/Arrest Warrant USDC, District of Guam CR-04-00053

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

VINCE LUIS HOCOG CRUZ

**WARRANT FOR ARREST**

Case Number: CR-04-00053

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI

NOV 24 2004

RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ VINCE LUIS HOCOG CRUZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18:2 & 21 USC 841(a)(1)B & 846 - DISTRIBUTION OF METHAMPHETAMINE HYDROCHORIDE (COUNT 1)

21:841(a)(1) - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 11/24/2004    Hagatna, Guam |
| Title of Issuing Officer | Date             Location |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 4:07-176-MJ |
| VINCE LUIS HOCOG CRUZ (1) | § § | |

AUG 14 2007

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case:** This case is eligible for a detention order because the case involves:

   ___ (a) Crime of violence (18 U.S.C. § 3156)     X (b) Maximum sentence of life imprisonment or death

   X (c) Controlled Substance offense punishable by 10 or more years     ___ (d) Felony involving a minor victim

   ___ (e) Felony involving failure to register (18 U.S.C. § 2250)     ___ (f) Felony & 2 prior convictions in categories a - e above

   X (g) Serious risk that the Defendant will flee     ___ (h) Serious risk that Defendant will obstruct justice

   ___ (i) Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon

2. **Reason for Detention:** Detention is appropriate because no conditions of release would reasonably assure:

   X Defendant's appearance as required     X The safety of the community     ___ The safety of another person

3. **Rebuttable Presumption:** The United States will invoke the rebuttable presumption against the Defendant because there is probable cause to believe that the Defendant has committed:

   X Controlled Substance offense punishable by 10 or more years     ___ Firearms offense under 18 U.S.C. § 924(c)

   ___ Felony involving a minor victim (18 U.S.C. §§ 1201, 2251)     ___ Federal crime of terrorism, 18 U.S.C. §§ 2332b(g)(5)

   ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time for Detention Hearing:** The United States requests the Court to conduct the detention hearing

   ___ at the Defendant's first appearance;     X after a continuance of  3  days.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

*/s/ signature/*
Assistant United States Attorney
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
(817) 252-5200

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: August 14, 2007

*/s/ signature/*
Assistant United States Attorney

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 4 2007

CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:07-176-MJ |
| | § | |
| VINCE CRUZ | § | |

## ENTRY OF APPEARANCE OF COUNSEL

☒ I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

☐ I wish to enter my appearance as **appointed** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after the written motion filed by me, I am relieved by Order of the Court.

In all cases as arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to the pretrial motions.

DATED: 8-13-07

_____
Signature of Attorney

J. Warren St. John
Attorney Name (Please Print)

18986300
Attorney Bar Number

801 Cherry St., Unit No 5
Address

Fort Worth, Tx 76102

817-336-1436
Telephone (including area code)

4

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 14 2007
CLERK, U.S. DISTRICT COURT
By_____ Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

UNITED STATES OF AMERICA

V.

VINCE LUIS HOCOG CRUZ

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: **4:07-176-MJ**

Upon motion of retained counsel, J. Warren St. John, it is ordered that a detention hearing is set for August 16, 2007 at 10:45 a.m. before United States Magistrate Judge Charles Bleil, 501 West 10th Street, Fort Worth, Texas 76102.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) and produced for the hearing.
       Other Custodial Official

Signed: August 14, 2007

_____
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant, 18 U.S.C. Section 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. Section 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 14 2007
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | NO. 4:07-176-MJ |
| | § § | |
| VINCE LUIS HOCOG CRUZ | § | |

## ORDER
### (WITH SPECIAL INSTRUCTIONS TO THE CLERK OF COURT)

On the 14th day of August came on to be considered the above-styled cause in which the defendant was brought before the undersigned for initial appearance which time a detention hearing was set August 16, 2007 at 10:45 a.m. before United States Magistrate Judge Charles Bleil, 501 West 10th Street, Fort Worth, Texas.

The United States Marshal is directed to have the defendant in court prior to the time set for the hearing. The Clerk of Court is directed to transmit a copy of this order to the Deputy United States Marshal for the Northern District of Texas at Fort Worth.

Signed August 14, 2007.

_____
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

MAGISTRATE JUDGE: CHARLES BLEIL, PRESIDING
DEPUTY CLERK: DEBORAH DUPREE
LAW CLERK: _____
INTERPRETER _____
A.M. 10:47 - 11:16 P.M. _____

COURT REPORTER/TAPE NO. 5146
USPO: Blanca McCallum
COURT TIME: 29 minutes
DATE: August 16, 2007

☒ MAG. No. ☐ DIST. CR. N0. **4:07-176-MJ** Deft 01

UNITED STATES OF AMERICA § ALAN BUIE                AUSA
                         § (Chris Wolfe)
v.                       § present
                         §
**VINCE LUIS HOCOG CRUZ**    § J. Warren St. John (R)
Defendant(s) Name(s) and Number (s)    Counsel for Defendants Appt - (A), Retd - (R), FPD- (F)

☐ INITIAL APPEARANCE
☐ PRELIMINARY HEARING
☒ DETENTION HEARING    ☐ COUNSEL DETERMINATION HEARING    ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____    ☐ Other District ☐ Division
☐ CORRECTION OF NAME ORDERED _____
☐ ...... Date of Federal arrest/custody: _____ ☐ Surrender _____ or ☒ RULE 32 / (RULE 5) ☐ Appeared on Writ
☐ ...... Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Release violator
☐ ...... Deft first appearance with counsel.
☒ ...... ☒ Deft ☐ MW (Material Witness)☐ _____ appeared ☒ with ☐ without counsel.
☐ ...... Requests appointed counsel.
☐ ...... FINANCIAL AFFIDAVIT executed.
☐ ...... Order appointing Federal Public Defender.
☐ ...... Private Counsel appointed, _____
☐ ...... Deft advises he will retain counsel. He retained _____
☐ ...... Arraignment set _____ at _____ a..m.
☐ ...... Detention Hearing set _____ at _____ a.m.
☐ ...... Preliminary Hearing set _____ at _____ a.m.
☐ ...... Bond Hearing set _____
☐ ...... Counsel Determination Hearing set _____
☐ ...... Identity/Removal Hearing set _____
☐ ...... Bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ ...... No bond set at this time, ___ day DETENTION ORDER to be entered.
☐ ...... ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
☒ ...... ORDER OF DETENTION PENDING TRIAL entered.
☐ ...... Deft advised of conditions of release.
☐ ...... BOND EXECUTED, ☐ Deft ☐ MW released ☐ State Authorities, ☐ INS
☐ ...... ☐ Deft ☐ MW (Material Witness) REMANDED to CUSTODY.
☐ ...... Deft ORDERED REMOVED to Originating District.
☐ ...... WAIVER of ☐ Preliminary Hearing ☐ Waiver of Rule 5 / 32 Hearing ☐ ...... Waiver of detention hearing
☒ ...... Court finds PROBABLE CAUSE ☐ ID ☒ PC.
☐ ...... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
☒ ...... REMARKS: Received copy of Indictment/Arrest Warrant USDC, District of Guam CR-04-00053
Linda H. Cruz sworn and testified, Millie A. Cruz
sworn and testified

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2007
CLERK, U.S. DISTRICT COURT
BY _____ Deputy

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2007
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number: 4:07-176-MJ |
| | § | |
| VINCE LUIS HOCOG CRUZ | § | Charging District : CR-04-00053 |

### ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

The Defendant having appeared before this Court pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and proceedings having been concluded and Defendant ordered

☐ released.

It is ordered that the Defendant be held to answer in the United States District Court for the _____; and shall appear at all proceedings as required.

The Defendant shall next appear at (if blank, to be notified) _____
*Place and Address*

_____ on _____.
*Date and Time*

☑ detained.

It is ordered that the Defendant is detained without bond and ordered removed to the Charging District.

SIGNED: August 16, 2007

_____
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

MAGISTRATE JUDGE: CHARLES BLEIL, PRESIDING
DEPUTY CLERK: DEBORAH DUPREE
LAW CLERK: _____
INTERPRETER _____
A.M. _____ P.M. 2:18-2:22

COURT REPORTER/TAPE NO. 5145
USPO: Carol Foreman
COURT TIME: 4 minutes
DATE: July 14, 2007

☒ MAG. No.   ☐ DIST. CR. N0. **4:07-176-MJ Deft 01**

| UNITED STATES OF AMERICA | § | ALAN BUIE | AUSA |
|---|---|---|---|
| v. | § § § | | |
| **VINCE LUIS HOCOG CRUZ** | § | J. Warren St. John (R) | |
| Defendant(s) Name(s) and Number (s) | | Counsel for Defendants Appt - (A), Retd - (R), FPD- (F) | |

☒ INITIAL APPEARANCE
☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____ ☐ Other District ☐ Division
☐ CORRECTION OF NAME ORDERED _____
☒ ...... Date of Federal arrest/custody: 8/10/07 ☐ Surrender _____ or ☒ RULE 32 (RULE 5) ☐ Appeared on Writ
☒ ...... Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Release violator
☒ ...... Deft first appearance with counsel.
☒ ...... ☒ Deft ☐ MW (Material Witness)☐ _____ appeared ☒ with ☐ without counsel.
☐ ...... Requests appointed counsel.
☒ ...... FINANCIAL AFFIDAVIT executed.
☐ ...... Order appointing Federal Public Defender.
☐ ...... Private Counsel appointed, _____
☐ ...... Deft advises he will retain counsel. He retained _____
☐ ...... Arraignment set _____ at _____ a..m.  2007
☒ ...... Detention Hearing set 8/10/07 at 10:45 a.m.
☐ ...... Preliminary Hearing set _____ at ____ a.m.
☐ ...... Bond Hearing set _____
☐ ...... Counsel Determination Hearing set _____
☐ ...... Identity/Removal Hearing set _____
☐ ...... Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ ...... No bond set at this time, ____ day DETENTION ORDER to be entered.
☒ ...... ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
☐ ...... ORDER OF DETENTION PENDING TRIAL entered.
☐ ...... Deft advised of conditions of release.
☐ ...... BOND EXECUTED, ☐ Deft ☐ MW released ☐ State Authorities, ☐ INS
☒ ...... ☒ Deft ☐ MW (Material Witness) REMANDED to CUSTODY.
☐ ...... Deft ORDERED REMOVED to Originating District.
☐ ...... WAIVER of ☐ Preliminary Hearing ☐ Waiver of Rule 5 / 32 Hearing ☐ ...... Waiver of detention hearing
☐ ...... Court finds PROBABLE CAUSE ☐ ID ☐ PC.
☐ ...... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
☒ ...... REMARKS: Received copy of Indictment/Arrest Warrant USDC, District of Guam CR-04-00053

USA

≈AO 442  (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of           GUAM

UNITED STATES OF AMERICA

V.

VINCE LUIS HOCOG CRUZ

## WARRANT FOR ARREST

Case Number: CR-04-00053

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI

NOV 24 2004

RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     VINCE LUIS HOCOG CRUZ
                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court     ☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice

charging him or her with    (brief description of offense)

18:2 & 21 USC 841(a)(1)B & 846 - DISTRIBUTION OF METHAMPHETAMINE HYDROCHORIDE (COUNT 1)

21:841(a)(1) - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 11/24/2004     Hagatna, Guam |
| Title of Issuing Officer | Date     Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

ORIGINAL

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas at Fort Worth |
|---|---|---|

| UNITED STATES OF AMERICA<br>V.<br>VINCE LUIS HOCOG CRUZ | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR-04-00053 | 4:07-176-MJ | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    **X** Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a     21     **U.S.C.** 841(a)(1) and 846, 18 U.S.C. Section 2

**DISTRICT OF OFFENSE**
USDC for the District of Guam

**DESCRIPTION OF CHARGES:**

Distribution of Methamphetamine Hydrochloride, Possession of Methamphetamine Hydrochloride with Intent to Distribute

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2007
CLERK, U.S. DISTRICT COURT
BY

FILED
DISTRICT COURT OF GUAM
AUG 27 2007
JEANNE G. QUINATA
Clerk of Court

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☒ Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA    ☐ None |
|---|---|
| Interpreter Required? | ☒ No    ☐ Yes    Language: |

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| August 16, 2007 | _(signature)_ |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |