%AO 442  (Rev. 10/03) Warrant for Arrest

**FILED**
**DISTRICT COURT OF GUAM**

**SEP 1 1 2007**

**JEANNE G. QUINATA**
**Clerk of Court**

# UNITED STATES DISTRICT COURT

U.S. MARSHALS--GUAM
RECEIVED District of _____ GUAM

24 NOV 2004  :  00

UNITED STATES OF AMERICA

V.

VINCE LUIS HOCOG CRUZ

**WARRANT FOR ARREST**

Case Number: CR-04-00053

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____VINCE LUIS HOCOG CRUZ_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with  (brief description of offense)

18:2 & 21 USC 841(a)(1)B & 846 - DISTRIBUTION OF METHAMPHETAMINE HYDROCHORIDE (COUNT 1)

21:841(a)(1) - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | /s/ Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 11/24/2004  Hagatna, Guam |
| Title of Issuing Officer | Date  Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

ARLINGTON, TEXAS (NORTHERN DISTRICT OF TEXAS) by NORTHERN TEXAS - USMS.

| DATE RECEIVED 11/24/2004 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST Aug. 10, 2007 | USMS - NORTHERN TEXAS | /s/ |


## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____VINCE LUIS HOCOG CRUZ_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:

8·2)