## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-04-00053-001      DATE: September 10, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 4:04:20 - 4:13:43
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Vince Luis Hocog Cruz      Attorney: Samuel S. Teker
     Present    Custody    Bond    P.R.      Present    Retained    FPD    CJA

U.S. Attorney: Frederick A. Black    U.S. Agent: T. Churchin, D.E.A.
U.S. Probation: Stephen Guilliot    U.S. Marshal: T. Muna / C. Marquez / D. Delgado / M. Camacho
Interpreter:    Language:

**PROCEEDINGS:** Initial Appearance on an Indictment and Arraignment
- Financial Affidavit reviewed and accepted: Samuel S. Teker appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Not guilty
- Trial set for: October 31, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: