DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>    vs.<br><br>**VINCE LUIS HOCOG CRUZ,**<br><br>          Defendant. | **CRIMINAL CASE NO. 04-00053-001**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **SAMUEL S. TEKER** is appointed to represent the defendant in the above-entitled case.

Dated this 10th day of September, 2007.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge