TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
OCT 1 1 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00053-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF MOTIONS** |
| | ) | |
| VINCE LUIS HOCOG CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

----------

**TO:** U. S. Attorney, Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

**PLEASE TAKE NOTICE** that Defendant's Motion to Suppress Evidence and Motion for a Bill of Particulars, filed herein on October 10, 2007, will come on for hearing before this Court on _October 31, 2007_ at _9:30_ a.m., or as soon thereafter as the matters may be heard.

Dated this 10th day of October, 2007.

TEKER TORRES & TEKER, P.C.

By _____
SAMUEL S. TEKER, ESQ.
*Attorneys for Defendant*

RECEIVED
OCT 10 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM  2:40