DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VINCE LUIS HOCOG CRUZ,

Defendant.

Criminal Case No. 04-00053

**ORDER**

The Defendant's Motion to Suppress Evidence and Motion for Bill of Particulars was filed on October 10, 2007. The court notes that no briefing schedule was ordered. Accordingly, the court issues the following schedule: Oppositions shall be filed by noon October 26, 2007 and Replies shall be filed by noon November 2, 2007. The hearing date of October 31, 2007 is hereby vacated and is rescheduled for November 16, 2007 at 9:30 a.m. Counsel should bear in mind that the failure to timely file an Opposition shall constitute a non-opposition and any untimely Reply filed will be disregarded.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
   **Chief Judge**
**Dated: Oct 22, 2007**