

**□ ORIGINAL**

vincecruzmot

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 26 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00053 |
| Plaintiff, ) | |
| ) | MOTION TO CONTINUE |
| vs. ) | FILING DATE OF GOVERNMENT'S |
| ) | OPPOSITION TO DEFENDANT'S |
| VINCE LUIS HOCOG CRUZ, ) | MOTION TO SUPPRESS EVIDENCE |
| ) | AND BILL OF PARTICULARS |
| Defendant. ) | |

The United States respectfully motions this Honorable Court to continue the filing date for government's Opposition to defendant's Motion to Suppress and Motion for Bill of Particulars currently set for October 26, 2007, to October 30, 2007. The United States makes this motion for the reason that the government has just completed it's brief concerning suppression of statements in United States v. Raymond Duenas and Lourdes Duenas, CR 07-00039. This Duenas matter has taken nine days of research and court hearings and the government has not been able to complete it's response brief in this matter

Dated this 26th day of October 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney