1 LEONARDO M. RAPADAS
United States Attorney
2 KARON V. JOHNSON
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
4 Hagåtña, Guam 96910
TEL: (671) 472-7332
5 FAX: (671) 472-7334

6 Attorneys for the United States of America

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| 9 UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00053 |
| | ) | |
| 10 Plaintiff. | ) | **ORDER** |
| | ) | **Re: Motion to Continue Filing Date** |
| 11 vs. | ) | **Of Government's Opposition to** |
| | ) | **Defendant's Motion to Suppress** |
| 12 VINCE LUIS HOCOG CRUZ, | ) | **Evidence and Bill of Particulars** |
| | ) | |
| 13 Defendant. | ) | |
| _____ | ) | |

15 Through a motion to continue filing date having come before this Honorable Court and

16 the Court finding good cause for the issuance of the order;

17 IT IS SO ORDERED that the government's opposition shall be filed by noon on October

18 30, 2007.

19 SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Oct 29, 2007**

Case 1:04-cr-00053   Document 15   Filed 10/29/2007   Page 1 of 1