◻ ORIGINAL

vincecruz.rsp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007 nbo

**JEANNE G. QUINATA**
**Clerk of Court**

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00053 |
| Plaintiff, | **GOVERNMENT'S REPLY TO DEFENDANT'S MOTION FOR A BILL OF PARTICULARS** |
| vs. | |
| VINCE LUIS HOCOG CRUZ, | |
| Defendant. | |

Ordinarily, the nature of a case becomes apparent from the discovery which the government provides pursuant to Federal Rule of Criminal Procedure 16. Rule 16, however, requires that the defendant first request discovery, and it creates a concomitant obligation upon the defendant to produce the information provided in Rule 16(b)(1). The government provided defendant initial discovery, see Exhibit 1. It has not provided more, however, because it has not received the request necessary under Rule 16. It appears that defendant has chosen to pursue a Bill of Particulars rather than subject himself to reciprocal discovery.

FRCrP 7(f) provides that the defendant may "move for a bill of particulars before or within 10 days after arraignment or at a later time if the court permits." Defendant was arraigned September 10, 2007; thus, his 10 days have long passed. Before he can file his motion, he must

//

secure permission from the court. The government suggests that this Honorable Court deny any such motion until defendant has exhausted the ordinary course of discovery provided by Rule 16.

RESPECTFULLY SUBMITTED this 29th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney



U.S. Department of Justice

United States Attorney
District of Guam

Sirena Plaza, Suite 500
108 Hernan Cortez            (671) 472-7332
Agana, Guam 96910       FAX (671) 472-7215

September 11, 2007

Samuel Teker
Suite 2A
130 Aspinall Ave.
Hagatna, Guam 96910

    Re: <u>United States v. Vince L.H. Cruz</u>, CR 04-00053

Dear Sam:

    Enclosed is discovery I have available at this time on the Cruz case which is bate stamped 001 through 061. If you have any questions regarding these documents, please feel free to talk to Special Agent Thanh Churchin, DEA.

    Upon receipt of any additional discovery, our office will provide you with a copy.

    Sincerely,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: **Original Signed By Frederick A. Black**
KARON V. JOHNSON
Assistant U.S. Attorney

**RECEIVED**
SEP 12 2007
By: _____ 10:4 Cam
Teker Torres & Teker, P.C.

EXHIBIT 1
Case 1:04-cr-00053   Document 16   Filed 10/29/2007   Page 3 of 3