**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Vince Luis Hocog Cruz*

FILED
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| THE PEOPLE OF GUAM, | ) | CRIMINAL CASE NO. 04-00053-001 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTIONS TO SUPPRESS EVIDENCE AND FOR A BILL OF PARTICULARS** |
| VINCE LUIS HOCOG CRUZ | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties hereto, that the Court reschedule the hearing on Defendant's Motions to Suppress Evidence and Bill of Particulars, currently scheduled for November 16, 2007 at 9:30 a.m., to a date and time convenient to the Court as counsel for Defendant will be off-island on said date.

Dated at Hagåtña, Guam, this 13th day of November, 2007.

US Attorney's Office
Districts of Guam & NMI

NOV 13 2007
Time _____
/// Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

TEKER TORRES & TEKER, P.C.

By _____
SAMUEL S. TEKER, ESQ.
Attorneys for Defendant.

ORIGINAL

SO STIPULATED this 13th day of November, 2007.

OFFICE OF THE UNITED STATES ATTORNEY

By /s/ Karon V. Johnson
KARON V. JOHNSON, ESQ.
Assistant U.S. Attorney, Attorneys for Plaintiff

**STIPULATION TO CONTINUE DEFENDANT'S MOTIONS TO SUPPRESS EVIDENCE AND FOR A BILL OF PARTICULARS**
**CRIMINAL CASE NO. 04-00053-001**

SST:cs
PLDGS:CRUZ, VINCE L.H.:005

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date I caused to be served, via hand delivery, a file-stamped copy of this document entitled *Stipulation to Continue Hearing on Defendant's Motions to Suppress Evidence and for a Bill of Particulars*, on the following:

    Office of the United States Attorney
    108 Hernan Cortez Avenue, Suite 500
    Hagåtña, Guam 96910

DATED at Hagåtña, Guam, on November 13, 2007.

                                            LAWRENCE J. TEKER

STIPULATION TO CONTINUE
DEFENDANT'S MOTIONS TO
SUPPRESS EVIDENCE AND FOR
A BILL OF PARTICULARS
CRIMINAL CASE NO. 04-00053-001

SST:cs
PLDGS:CRUZ, VINCE L.H.:005

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4