**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
 *Vince Luis Hocog Cruz*

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00053-001 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING DEFENDANT'S MOTIONS TO SUPPRESS AND FOR A BILL OF PARTICULARS** |
| VINCE LUIS HOCOG CRUZ, | ) | |
| Defendant. | ) | |

The Court hereby GRANTS the Stipulation of the parties to continue Defendant's Motions to Suppress Evidence and for a Bill of Particulars filed herein on November 13, 2007, and hereby continues the hearing to December 18, 2007 at the hour of 1:30 p.m.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Nov 14, 2007**