TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Vince Luis Hocog Cruz*

FILED
DISTRICT COURT OF GUAM
DEC 10 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, ) | CRIMINAL CASE NO. 04-00053-001 |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTIONS TO SUPPRESS EVIDENCE AND FOR A BILL OF PARTICULARS |
| VINCE LUIS HOCOG CRUZ ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties hereto, that the Court reschedule the hearing on Defendant's Motions to Suppress Evidence and Bill of Particulars, currently scheduled for December 19, 2007, at 1:30 p.m., to a date and time convenient to the Court as counsel for Defendant will be off-island on said date.

Dated at Hagåtña, Guam, this 10th day of December, 2007.

TEKER TORRES & TEKER, P.C.

By_____
SAMUEL S. TEKER, ESQ.
Attorneys for Defendant.

///

ORIGINAL

SO STIPULATED this 10th day of ~~November~~ December, 2007.

OFFICE OF THE UNITED STATES ATTORNEY

By _____
KARON V. JOHNSON, ESQ.
Assistant U.S. Attorney, Attorneys for Plaintiff

STIPULATION TO CONTINUE
DEFENDANT'S MOTIONS TO
SUPPRESS EVIDENCE AND FOR
A BILL OF PARTICULARS
CRIMINAL CASE NO. 04-00053-001

SST:cs
PLDGS:CRUZ, VINCE L.II.:005

# CERTIFICATE OF SERVICE

The undersigned certifies that on this date I caused to be served, via hand delivery, a file-stamped copy of this document entitled *Stipulation to Continue Hearing on Defendant's Motions to Suppress Evidence and for a Bill of Particulars*, on the following:

>   Karon V. Johnson, Esq.
>   Assistant U.S. Attorney
>   Office of the United States Attorney
>   108 Hernan Cortez Avenue, Suite 500
>   Hagåtña, Guam 96910

DATED at Hagåtña, Guam, on December 10, 2007.

_____
SAMUEL S. TEKER

STIPULATION TO CONTINUE
DEFENDANT'S MOTIONS TO
SUPPRESS EVIDENCE AND FOR
A BILL OF PARTICULARS
CRIMINAL CASE NO. 04-00053-001

SST:cs
PLDGS:CRUZ, VINCE L.H.:005A

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4