**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Vince Luis Hocog Cruz*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCE LUIS HOCOG CRUZ<br><br>Defendant. | CRIMINAL CASE NO. 04-00053-001<br><br>**ORDER CONTINUING DEFENDANT'S MOTIONS TO SUPPRESS AND FOR A BILL OF PARTICULARS** |

The Court hereby GRANTS the Stipulation of the parties to continue Defendant's Motions to Suppress Evidence and for a Bill of Particulars filed herein on December 10, 2007, and hereby reschedules the hearing to January 7, 2008 at the hour of 9:30 a.m.

So Ordered.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Dec 11, 2007**

SST:cs

PLDGS:CRUZ, VINCE L.H.:006A