# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-04-00053     DATE: January 07, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley     Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 9:54:45 - 10:06:32
CSO: D. Quinata

---

**APPEARANCES:**

Defendant: Vince Luis Hocog Cruz     Attorney: Samuel Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson     U.S. Agent:
U.S. Probation: None Present     U.S. Marshal: T. Muna / J. Untalan
Interpreter:     Language:

---

**PROCEEDINGS: Motion to Suppress and Motion for Bill of Particulars**
- Motion to Suppress withdrawn.
- Motion for Bill of Particulars moot.
- Defendant to remain in custody.
- Defense counsel's request for opportunity to speak with government counsel approved. Defense to notify clerk by Wednesday, January 9, 2008 by close of business if agreement for plea or trial date has been reached.

NOTES: