TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Vince Luis Hocog Cruz*

**FILED**
DISTRICT COURT OF GUAM

JAN 1 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| THE PEOPLE OF GUAM, | ) | CRIMINAL CASE NO. 04-00053-001 |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF INTENT TO PLEAD GUILTY AND REQUEST FOR HEARING** |
| VINCE LUIS HOCOG CRUZ | ) | |
| Defendant. | ) | |

----------

To: Karon V. Johnson, Esq., Assistant U.S. Attorney, Office of the United States Attorney.

PLEASE TAKE NOTICE that Defendant, Vince Luis Hocog Cruz, intends to plead guilty to Count II of the Indictment filed on November 24, 2004. Defendant hereby requests that this Court schedule a hearing for this matter to be heard.

DATED at Hagåtña, Guam, on January 10, 2008.

**TEKER TORRES & TEKER, P.C.**

By _____
**SAMUEL S. TEKER, ESQ.**
Attorneys for Defendant, *Vince Luis Hocog Cruz*