# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCE LUIS HOCOG CRUZ,<br><br>Defendant. | Criminal Case No. 04-00053<br><br>**ORDER** |

The change of plea hearing on Count II is hereby scheduled for Tuesday, January 15, 2008 at 2:30 p.m. The trial in this matter on Count I is hereby scheduled for January 16, 2008 at 9:30 a.m. All trial documents are due by noon, January 15, 2008. A pretrial conference is scheduled for 2:30 p.m. on January 15, 2008.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
    **Dated: Jan 11, 2008**