Cruz.wit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 1 4 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00053 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' WITNESS LIST** |
| VINCE LUIS HOCOG CRUZ, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 14th day of January, 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

By: _____
     KARON V. JOHNSON
     Assistant U.S. Attorney

-1-

## WITNESS LIST

1) Thanh Churchin
   Special Agent
   Drug Enforcement Administration

2) Thu Loan Thai Dang

3) Norbert Sablan
   Guam Police Department

4) Donna Cruz
   Guam Parole Officer

5) Lisa Martinez
   Guam Parole Officer