VLHCruz.VER



**FILED**
DISTRICT COURT OF GUAM

JAN 1 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>VINCE LUIS HOCOG CRUZ,<br><br>          Defendant. | CRIMINAL CASE NO. 04-00053<br><br>**UNITED STATES' PROPOSED**<br>**VERDICT FORM** |

COMES NOW the United States and provides the proposed Verdict Form for use concerning

Count I, Distribution of more than 1.5 kilograms net weight of methamphetamine hydrochloride.

Respectfully submitted this 14th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,                    )        CRIMINAL CASE NO. 04-00053
                                             )
                    Plaintiff,               )
                                             )
                    vs.                      )        **VERDICT FORM**
                                             )
VINCE LUIS HOCOG CRUZ,                       )
                                             )
                    Defendant.               )
_____ )

**COUNT I - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled cause unanimously find the defendant, VINCE LUIS

HOCOG CRUZ, violation of Title 21, United States Code, Section 841(a)(1), Distribution of more

than 1.5 kilograms net weight of methamphetamine hydrochloride (ice),:


        /    /        NOT GUILTY
        /    /        GUILTY


DATED this _____ of January, 2008, at Agana, Guam.



                                             _____
                                             FOREPERSON