```
VLHCruz.INS

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America
```

**FILED**
DISTRICT COURT OF GUAM
JAN 1 4 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00053 |
| Plaintiff, ) | |
| ) | **UNITED STATES'** |
| vs. ) | [Proposed] |
| ) | **JURY INSTRUCTIONS** |
| VINCE LUIS HOCOG CRUZ, ) | |
| Defendant. ) | |

In addition to the Court's usual instructions, the Government hereby requests the Court to instruct the jury as set forth in the attached proposed jury instruction, which specifically relates to the crime charged in Count I. In addition, an unnumbered set, without authorities, is submitted on computer diskette, in the event the Court wishes to submit instructions to the jury.

RESPECTFULLY SUBMITTED this 14th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## INDEX

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 1. | Count I - Criminal Conspiracy to Distribute Methamphetamine Hydrochloride | 1 |

INSTRUCTION NO. ___1___

COUNT I - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

The defendant is charged in Count I of the indictment with Distribution of more than 1.5 kilograms of methamphetamine hydrochloride (ice), in violation of Section 841(a)(1) of Title 21 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly delivered methamphetamine hydrochloride (ice);

Second, the defendant knew that it was methamphetamine hydrochloride (ice) or some other prohibited drug;

Third, the amount which the defendant distributed was more than 1.5 kilograms net weight.

Authority: Ninth Circuit Manual of Model Jury Instructions 9.15