VLHCruz.EQP

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00053 |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING GOVERNMENT'S REQUEST TO USE COURT'S EQUIPMENT** |
| VINCE LUIS HOCOG CRUZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the Government shall have use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning January 16, 2008.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Jan 14, 2008**