**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Vince Luis Hocog Cruz*

FILED
DISTRICT COURT OF GUAM
JAN 15 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| THE PEOPLE OF GUAM, | ) | CRIMINAL CASE NO. 04-00053-001 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S REQUESTED JURY INSTRUCTIONS** |
| VINCE LUIS HOCOG CRUZ | ) | |
| Defendant. | ) | |

Defendant, Vince Luis Hocog Cruz, respectfully requests that the Court instruct the jury on the law as set forth in the jury instructions hereto annexed.

Dated at Hagåtña, Guam, on January 15, 2008.

TEKER TORRES & TEKER, P.C.

By _____
SAMUEL S. TEKER, ESQ.
Attorneys for Defendant

SST:cs
PLDGS:CRUZ, VINCE L.H.:014

ORIGINAL

## INSTRUCTION NO. 1.

You have heard testimony from a Government witness, and you have read and heard about a Plea Agreement in which the witness plead guilty to a charge and agreed to testify truthfully in any court proceedings.

Keep in mind that the witness was the beneficiary of a plea bargain, and that you should, on that account, examine [his][her] testimony with greater caution than that of an ordinary witness.

---

Source: *U.S. v. Shaw*, 829 F.2d 714 (9th Cir. 1987) and *U.S. v. Roberts*, 618 F.2d 530, 532 (9th Cir. 1980)

## INSTRUCTION NO. 2.

You have heard testimony from a witness who received favored treatment from the Government in connection with this case; admitted being an accomplice to the crime charged. An accomplice is one who voluntarily and intentionally joins with another person in committing a crime.

For this reason, in evaluating the witness's testimony, you should consider the extent to which or whether the witness's testimony may have been influenced by this factor. In addition, you should examine the witness's testimony with greater caution than that of other witnesses.

___

Source: *Ninth Circuit Model Criminal Jury Instructions 4.9*

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4