**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Vince Luis Hocog Cruz*

FILED
DISTRICT COURT OF GUAM
JAN 15 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| THE PEOPLE OF GUAM, | ) | CRIMINAL CASE NO. 04-00053-001 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S WITNESS LIST** |
| VINCE LUIS HOCOG CRUZ | ) | |
| Defendant. | ) | |

----------

Defendant, Vince Luis Hocog Cruz, by and through his attorneys of record, Teker Torres & Teker, P.C., hereby submits his witness list in the above-captioned case. Submission of this list is made without waiver of, and with reservation of the right to supplement the list before court proceedings.

1. Linda Cruz;

2. Millie Cruz;

3. Vincent Cruz;

4. Any rebuttal witness, including but not limited to any expert witnesses appointed by

the Court.

Defendant reserves the right to call any and all witnesses that may be revealed in discovery, as well as within the witness list of the United States of America.

Dated at Hagåtña, Guam, on January 15, 2008.

**TEKER TORRES & TEKER, P.C.**

By _____
**SAMUEL S. TEKER, ESQ.**
Attorneys for Defendant, *Vince Luis Hocog Cruz*

SST:cs
PLDGS:CRUZ, VINCE L.H.:011