TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Vince Luis Hocog Cruz*

FILED
DISTRICT COURT OF GUAM
JAN 1 5 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| THE PEOPLE OF GUAM, ) | CRIMINAL CASE NO. 04-00053-001 |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT'S ADOPTION OF THE GOVERNMENT'S EXHIBIT LIST EXHIBITS** |
| VINCE LUIS HOCOG CRUZ ) | |
| Defendant. ) | |

----------

Defendant, Vince Luis Hocog Cruz, hereby adopts the Government's Exhibit List and Exhibits and reserves the right to use and introduce the Government's Exhibits at trial.

Dated at Hagåtña, Guam, on January 15, 2008.

**TEKER TORRES & TEKER, P.C.**

By: _____
**SAMUEL S. TEKER, ESQ.**
Attorneys for Defendant, *Vince Luis Hocog Cruz*

SST:cs
PLDGS:CRUZ, VINCE L.H.:012

ORIGINAL