1  VLHCruz.AEL

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

8            IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF GUAM

10 UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 04-00053
11                  Plaintiff,         )
12        vs.                          )    **UNITED STATES' AMENDED
                                       )    EXHIBIT LIST**
13 VINCE LUIS HOCOG CRUZ,             )
14                  Defendant.         )
15 _____  )

16        COMES NOW the United States and hereby files with the Court, Exhibits 6 and 7, additional

17 exhibits which it intends to introduce in its case-in-chief.

18        Respectfully submitted this 15th day of January, 2008.

19                                  LEONARDO M. RAPADAS
                                    United States Attorney
20                                  Districts of Guam and NMI

21

22                          By: _____
                                KARON V. JOHNSON
23                              Assistant U.S. Attorney

ORIGINAL

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 1) | Photograph of methamphetamine hydrochloride seized 1/29/03 | | |
| 2) | Laboratory analysis of Exhibit 1 | | |
| 3) | Packaging materials and digital scale seized 1/29/03 | | |
| 4) | Drug records | | |
| 5) | Plea agreement of Thu Loan Thai Dang | | |
| 6) | Judgment of Thu Loan Thai Dang | | |
| 7) | Drug records | | |

-2-