**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL**

CASE NO.: CR-04-00053   DATE: January 15, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley   Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 3:05:25 - 3:07:44
Carmen B. Santos
CSO: B. Benavente

**APPEARANCES:**

Defendant: Vince Luis Hocog Cruz   Attorney: Samuel J. Teker
DEFENDANT NOT PRESENT   ☒ Present ☐ Retained ☐ FPD ☒ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Karon Johnson   U.S. Agent:
U.S. Probation: Carleen Borja   U.S. Marshal: T. Muna
Interpreter:   Language:

**PROCEEDINGS: Change of Plea**
- Defense waived his client's appearance.
- Defense counsel's request to continue this matter in light of recent developments and need to review certain material <u>granted</u>.
- Status Hearing set for: <u>January 18, 2008 at 8:00 A.M.</u>
- Court ordered that all sealed hearings in Criminal Case No. 03-00095 as to defendant Thu Loan Thai Dang be placed on CD for review by counsel and defendant. The Court further ordered that the CD and its contents remain in strict confidence.

NOTES: The Court vacated the trial in this matter and set a status hearing.

The time beginning 1/15/08 to 1/18/08 is excluded from the speedy trial clock. The court found that the ends of justice are best served by vacating the trial as requested and outweighs the interest of the public and the defendant in a speedy trial.