# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-04-00053  DATE: January 18, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                 Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 9:37:01 - 9:55:35
                  Carmen B. Santos
CSO: B. Benavente

**APPEARANCES:**

Defendant: Vince Luis Hocog Cruz           Attorney: Samuel J. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson               U.S. Agent:
U.S. Probation: Carleen Borja              U.S. Marshal: T. Muna/V. Roman
Interpreter:                               Language:

**PROCEEDINGS: Status Hearing**
- Oral motion by defense to file any pretrial motions and request to continue trial setting date <u>granted</u>.
- Motions due by: <u>February 1, 2008</u>
- Oppositions due by: <u>February 8, 2008</u>
- Replies due by: <u>February 15, 2008</u>
- Hearing on motions is set for <u>February 26, 2008 at 10:00 AM</u>
- Defendant to remain in custody of the U.S. Marshals Service.

NOTES: The court found that by continuing the setting of trial to allow counsel to review additional discovery and to effectively prepare for trial, the ends of justice is served and outweighs the interest of the public and the defendant in a speedy trial.