TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM

FEB 0 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00053-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF MOTION** |
| | ) | |
| VINCE LUIS HOCOG CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

----------

**TO:** U. S. Attorney, Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

**PLEASE TAKE NOTICE** that Defendant's Motion to Exclude Evidence, filed herein on February 1, 2008, will come on for hearing before this Court on February 26, 2008, at 10:00 o'clock a.m., or as soon thereafter as the matters may be heard.

Dated this 1st day of February, 2008.

ORIGINAL

TEKER TORRES & TEKER, P.C.

By_____
SAMUEL S. TEKER, ESQ.
Attorneys for Defendant