# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM**

**UNITED STATES OF AMERICA**

V.

**VINCE LUIS HOCOG CRUZ**

**NOTICE**

CASE NUMBER: **CR-04-00053**

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

### MOTION TO EXCLUDE EVIDENCE

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>February 26, 2008 at 10:00 A.M. | CONTINUED TO DATE AND TIME<br><br>March 13, 2008 at 10:30 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 13, 2008                                   Virginia T. Kilgore
DATE                                                /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Teker Torres and Teker, PC
      U.S. Probation Office
      U.S. Marshals Service