AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE** |
| V. | |
| **VINCE LUIS HOCOG CRUZ** | CASE NUMBER: **CR-04-00053** |

TYPE OF CASE:

☐ CIVIL     X   CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**MOTION TO EXCLUDE EVIDENCE**

X   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | March 13, 2008 at 10:30 A.M. | April 9, 2008 at 9:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 6, 2008                                                  Virginia T. Kilgore
DATE                                                           /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Teker Torres and Teker, PC
      U.S. Probation Office
      U.S. Marshals Service