# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-04-00053-001　　　　　　　　　　　　DATE: April 09, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 9:16:51 - 9:36:00
　　　　　　　　　　Virginia T. Kilgore

**APPEARANCES:**
Defendant: Vince Luis Hocog Cruz　　　　Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Motion to Exclude Evidence**
- Motion to Exclude Evidence - <u>denied</u>.
- Defense request to revive motion to suppress - <u>approved</u>.
- Counsel to file further briefing re motion to suppress - 4/17/2008; opposition due - 4/24/2008; rebuttal due - 5/1/2008 .
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: