TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Vince Luis Hocog Cruz*

FILED
DISTRICT COURT OF GUAM
APR 0 8 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00053-001 |
|---|---|
| Plaintiff, | ) |
| | ) ~~NOTICE OF MOTION,~~ MOTION |
| vs. | ) TO REINSTATE MOTION TO |
| | ) SUPPRESS EVIDENCE; AND |
| VINCE LUIS HOCOG CRUZ | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |

To: Plaintiff, by and through its attorneys of record, the Office of the United States Attorney.

~~**NOTICE OF MOTION**~~

~~PLEASE TAKE NOTICE that Defendant's Motion to Reinstate Motion to Suppress Evidence will come on for hearing before this Court on _____, at the hour of _____.M., or as soon thereafter as the matter may be heard.~~

**MOTION**

Defendant, VINCE LUIS HOCOG CRUZ, moves this Honorable Court to reinstate his

Motion to Suppress Evidence filed on October 11, 2007 and withdrawn by Defendant's counsel on

ORIGINAL

January 18, 2008. This motion is supported by the documents on record with this Court.

## PROCEDURAL BACKGROUND

On October 11, 2007, Defendant filed a Motion to Suppress Evidence. On January 18, 2008, after reviewing said Motion and the applicable case law, Defendant withdrew said Motion. Subsequently, new case law handed down by the Ninth Circuit Court of Appeals has rendered Defendant's Motion viable. Defendant hereby requests that Defendant's Motion be reinstated.

If the Court denies this request, Defendant asks that his counsel be relieved and that another counsel be appointed to represent Defendant.

Respectfully submitted this 8th day of April, 2008.

**TEKER TORRES & TEKER, P.C.**

By_____
SAMUEL S. TEKER, ESQ., Attorneys for
Defendant, *Vince Luis Hocog Cruz*

# CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury according to the laws of the United States, that on this date I caused to be served, via hand delivery, filed-stamped copies of this document entitled ~~Notice of Motion~~ *a* *Motion to Reinstate Motion to Suppress Evidence; Certificate of Service*, on the following:

> Office of the United States Attorney
> 108 Hernan Cortez Avenue, Suite 500
> Hagåtña, Guam 96910

DATED at Hagåtña, Guam, on April 8, 2008.

_____
**SAMUEL S. TEKER**

SST:cs
PLDGS:CRUZ, VINCE L.H.-USA vs.:017