DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCE LUIS HOCOG CRUZ,<br><br>Defendant. | Criminal Case No. 04-00053<br><br>**ORDER** |

The Defendant's Renewed Motion to Suppress Evidence is hereby scheduled for hearing on May 20, 2008 at 10:00 a.m.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: May 07, 2008**