# UNITED STATES DISTRICT COURT

DISTRICT OF      **GUAM**

**UNITED STATES OF AMERICA**

## NOTICE

V.

**VINCE LUIS HOCOG CRUZ**      CASE NUMBER: **CR-04-00053-001**

TYPE OF CASE:
☐ CIVIL      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**RENEWED MOTION TO SUPPRESS EVIDENCE**

**X** **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | May 19, 2008 at 10:00 a.m. | May 22, 2008 at 9:30 a.m. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 20, 2008      /s/ Carmen B. Santos
DATE      (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office
        Samuel S. Teker
        U.S. Probation Office
        U.S. Marshals Service

\* 5/19/2008 Hearing was rescheduled at the request of defense counsel because of illness.