**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Vince Luis Hocog Cruz*

**FILED**
DISTRICT COURT OF GUAM

MAY 2 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00053-001 |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION OF MILLIE CRUZ; CERTIFICATE OF SERVICE** |
| VINCE LUIS HOCOG CRUZ | ) | |
| Defendant. | ) | |

----------

MILLIE CRUZ, hereby declares as follows:

1. I am the spouse of Vince Luis Hocog Cruz, the Defendant in the above-entitled action, and make this Declaration on personal knowledge and in support of my husband's Motion To Suppress filed herein on April 18, 2008.

2. In January of 2003, I was not yet married to the Defendant and, during that time, I was renting Condominium Unit No. B-31 of the *Sunset Villa Condominiums*, situated in Tamuning, Guam, in only my name. The Defendant was not renting the condominium, nor was he living there at that time.

3. On January 29, 2003, while I was not at my residence, Guam Parole Officers conducted a search of my residence. When I arrived at my residence, Defendant was removed from my home. The Parole Officers continued their search, however, they never asked for my consent to search my residence and I never gave them permission to do so.

4. At the time of the January 29, 2003 search, Defendant did not have any belongings in the condominium aside from a small basket of clothing in the bedroom, which was in plain view and was not searched, as Defendant kept his residence in Mongmong, Guam. However, during the weekend in question, which was January 24, 2003 through January 26, 2003, Defendant was permitted by Guam Parole to stay with me at my condominium. After that weekend, Defendant moved back to his residence in Mongmong, Guam.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED at Hagåtña, Guam, on May 21, 2008.

_____
MILLIE CRUZ

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

# CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury according to the laws of the United States, that on this date I caused to be served, via hand delivery, filed-stamped copies of this document entitled *Declaration of Millie Cruz; Certificate of Service*, on the following:

> Office of the United States Attorney
> 108 Hernan Cortez Avenue, Suite 500
> Hagåtña, Guam 96910

DATED at Hagåtña, Guam, on May 21, 2008.

_____
SAMUEL S. TEKER

SST:cs
PLDGS:CRUZ, VINCE L.H.-USA vs.:020