LAW OFFICES

# TEKER TORRES & TEKER, P.C.

Lawrence J. Teker
Phillip Torres
Samuel S. Teker
Joseph C. Razzano

Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910-5018
Telephone: (671) 477-9891/4
Facsimile: (671) 472-2601
Email: L.teker@tttguamlawyers.com

Of Counsel:
Nagatomo Yamaoka

May 19, 2008

**FACSIMILE NO.: 473-9152**

Ms. Jeanne G. Quinata
Clerk of Court
District Court of Guam
520 West Soledad Avenue
Hagåtña, Guam 96910

Re: *U.S.A. vs. Vince Luis Hocog Cruz*, Criminal Case No. CR-04-0005.

Dear Ms. Quinata:

Please be advised that the above-captioned case is set for a Motions Hearing this morning at 10:00 o'clock a.m., before the Honorable Frances Tydingco-Gatewood. However, counsel for the Defendant requests the Court and the Honorable Tydingco-Gatewood to continue the hearing as Mr. Teker has come down with the flu and will be unable to attend this morning's hearing. Counsel is requesting a two day continuance if possible.

Thank you in advance for your courtesies in this matter. Please contact my secretary, Cil M. Scroggs, with a new hearing date.

Sincerely,

Samuel S. Teker

RECEIVED MAY 19 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM