# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-04-00053-001            DATE: May 22, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 10:18:42 - 10:47:10

**APPEARANCES:**

Defendant: Vince Luis Hocog Cruz      Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: None Present
Interpreter:      Language:

**PROCEEDINGS: Renewed Motion to Suppress Evidence**

- Motion argued. Court allows Government to file a response to the 4/18/2008 Renewed Motion to Suppress Evidence by 5/23/2008. Defense deadline to submit reply by 5/30/2008. Court will set a hearing on the matter.

NOTES: Court inquired as to the parole officer. Government informed Court that the parole officer is on maternity leave. Court informs parties of need for parole officer to be present at the next hearing.