DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCE LUIS HOCOG CRUZ,<br><br>Defendant. | Criminal Case No. 04-00053<br><br>**ORDER** |

The Defendant's Renewed Motion to Suppress Evidence is hereby scheduled for hearing on September 9, 2008 at 1:30 p.m. The parties should come with the necessary witnesses and prepared to discuss the applicability of *U.S. v. Howard*, 447 F.3d 1257, 1262 (9th Cir. 2006).

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jul 15, 2008**