CASE NO.: CR-04-00053-001          DATE: September 09, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos   Electronically Recorded: 10:20:08 - 11:05:14
                                                             11:21:37 - 12:14:44

**APPEARANCES:**
Defendant: Vince Luis Hocog Cruz          Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.         ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson              U.S. Agent: K. Bowman, DEA
U.S. Probation: None Present
Interpreter:                              Language:

**PROCEEDINGS: Renewed Motion to Suppress**
- Motion argued by counsel.
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Court took matter under advisement.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| | | United States of America | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | V. | | | | |
| | | Vince Luis Hocog Cruz | | | Case Number: **CR-04-00053-001** | |

| PRESIDING JUDGE<br>**Chief Judge Frances M. Tydingco-Gatewood** | | | PLAINTIFF'S ATTORNEY<br>**Karon Johnson** | | | DEFENDANT'S ATTORNEY<br>**Samuel S. Teker** |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>**September 9, 2008** | | | COURT REPORTER<br>**Wanda Miles** | | | COURTROOM DEPUTY<br>Carmen Santos |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:23:47 - Millie Ann Santos Cruz called and sworn; DX by Mr. Teker |
| | | | | | | 10:31:02 - CX by Ms. Johnson |
| | | | | | | 10:36:13 - Re-DX by Mr. Teker |
| | | | | | | 10:38:28 - Re-CX by Ms. Johnson |
| | | | | | | 10:41:23 - Court questioned Ms. Cruz |
| | | | | | | 10:42:21 - Witness excused |
| | | | | | | 10:44:48 - Donna Mafnas Cruz called and sworn; DX by Ms. Johnson |
| | 3 | | 9/9/08 | 9/9/08 | 9/9/08 | Request for Change of Status form dated January 24, 2003; admitted without objection (Donna Mafnas Cruz) |
| | 1 | | | 9/9/08 | | Exhibit 1 to Stipulation of Parties Concerning Certain Evidence to be Presented at Hearing - Memorandum dated January 31, 2003 from Parole Officer to Chief Parole Officer |
| | | | | | | 11:06:14 - 11:21:37 - Break |
| | | | | | | 11:21:37 - Witness Donna Cruz seated |
| | | | | | | 11:23:25 - CX by Mr. Teker |
| | | | | | | 11:43:52 - Court questions Ms. Cruz |
| | | | | | | 11:51:01 - Re-DX by Ms. Johnson |
| | | | | | | 11:54:41 - Re-CX by Mr. Teker |
| | | | | | | 11:58:52 - Witness excused |